**Dennis WILLIAMS, Appellant,**

v.

**Sandi LEHMAN, Appellee,**

**Randall Pittman; Platte County Jail, Defendants.**

No. 04–1879.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 6, 2004.

Decided: Oct. 21, 2004.

Dennis Williams, Tipton, MO, pro se. David Stephen Baker, Fisher & Patterson, Overland Park, KS, for Defendant–Appellee.

Before MURPHY, RILEY, and SMITH, Circuit Judges.

PER CURIAM.

Missouri inmate Dennis Williams (Williams) appeals following the district court's [1] adverse grant of summary judg-

ment in his 42 U.S.C. § 1983 action, and the court's subsequent denial of his motion for relief from judgment. We grant Williams's motion to proceed in forma pauperis, and leave the details of collecting the remaining fee to the district court. *See Henderson v. Norris,* 129 F.3d 481, 484–85 (8th Cir.1997) (per curiam). Having carefully reviewed the record, we affirm, as modified hereafter. *See* 8th Cir. R. 47A(a).

We note that the district court stated the dismissal would count as a "strike" under 28 U.S.C. § 1915(g). Because the case was resolved through summary judgment, however, the dismissal does not constitute a "strike," and we modify the judgment accordingly.

---

1. The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.